UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF FLORIDA **COURT ORDER/MINUTES**

U.S. MAGISTRATE JUDGE JARED M. STRAUSS- FORT LAUDERDALE, FLORIDA (310)

DEFT:   **AMADO NAJERA-ROMERO (J)#**        CASE NO:   **26-60187-CR-BLOOM**

AUSA:   **J DERING (COREY O'NEAL DUTY)**        ATTY:

USPO:                           VIOL:   **8:U.S.C.§1326(a)**

PROCEEDING:   **INITIAL APPEARANCE/ARRAIGNMENT**        RECOMMENDED BOND:

BOND/PTD HEARING HELD - yes / no        COUNSEL APPOINTED:   **FPD: KYLE GAINES PRESENT**

BOND SET @:                           To be cosigned by:

| | | |
|---|---|---|
| ☐ | All standard conditions | **\*\*SPANISH INTERPRETER NEEDED \*\*** |
| ☐ | Do not encumber   property**.** | **DEFENDANT PRESENT IN COURT. ADVISED OF CHARGES.** |
| ☐ | Surrender and / or do not obtain passports / travel documents. | **REQUESTING COURT TO APPT COUNSEL. SWORN/TEST** |
| ☐ | Rpt to PTS as directed /   or_ x=s a week/month by phone; _ x=s a week/month in person. | **ORE TENUS MOTION IS GRANTED. FOUND INDIGENT** |
| ☐ | Random   urine testing by Pretrial Services. Treatment as deemed necessary. | **FPD APPOINTED. GOVERNMENT ORE TENUS MOTION** |
| ☐ | Maintain or seek full - time employment. | **FOR PTD HEARING IS GRANTED. DEFENSE ORE TENUS** |
| ☐ | No contact with victims / witnesses. | **MOTION TO CONTINUE PTD HEARING IS GRANTED.** |
| ☐ | No firearms. | **READING OF INDICTMENT WAIVED. NOT GUILTY PLEA** |
| ☐ | Electronic Monitoring: | **ENTERED. JURY TRIAL DEMANDED. SDO REQUESTED** |
| ☐ | Travel extended to: | **DEFENSE ORE TENUS MOTION FOR SDO IS GRANTED.** |
| ☐ | Other: **PLEASE REFER TO BOND FOR CONDITIONS** | **\*\*\* BRADY ORDER ENTERED TODAY \*\*\*** |

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| REPORT RE COUNSEL: | | | | |
| **PTD**/BOND HEARING: | **FRIDAY JULY 31 2026 AT 10:30 AM DUTY MAG** | | | |
| **ARRAIGN** OR **REMOVAL**: | | | | |
| **PRELIM/EXAM HRG** | | | | |

**07/28/26**   TIME:   **11:00 AM**   FTL/TAPE/# JMS-              Begin   **310**

[30 MINUTES] *** RECORDED INCOURTROOM 310**
***THE TIME FROM TODAY THROUGH THE RE-SCHEDULED DATE IS EXCLUDED FROM THE DEADLINE FOR TRIAL AS COMPUTED UNDER THE SPEEDY TRIAL ACT *** (**YES** OR NO) DAR: 11:00:30-11:14:17-11:32:51